IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LAVON A. MINGO,**
a/k/a **LARON A MINGO,**

   *Plaintiff*,

v.                                            Case No.: 4:21cv298-MW/MAF

**MARK S. INCH, et al.,**

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 5, is **DENIED** pursuant to 28 U.S.C. § 1915(g). The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** to Plaintiff's refiling an action if he simultaneously submits the $402.00 filing fee because he failed to honestly disclose his prior cases." The Clerk is directed to note on the

docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g). The Clerk shall close the file.

    **SO ORDERED on October 12, 2021.**

                                          <u>s/Mark E. Walker</u>
                                          **Chief United States District Judge**